**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

---

Dvora Weinstein, et al.,

    Plaintiffs-Appellants

    v.                                                                                          Case No. 13-6121

Aubrey K. McClendon, et al.,

    Defendants-Appellees

---

### MOVANT-APPELLANT'S NOTICE OF ERRATA

---

In preparation for oral argument, scheduled for Monday, November 18, 2013, counsel for Movant-Appellant Ontario Teachers' Pension Plan Board noticed three points in the briefing that warrant correction or clarification:

<u>First</u>, footnote 9 at page 16 of the Reply Brief states, in part, "Chesapeake's publicly filed November 2, 2012 10-Q includes for the first time the section 'Contractual Obligations and Off-Balance Sheet Arrangements.'" This should be corrected to state:

> Defendants first included a heading for "Contractual Obligations and Off-Balance Sheet Arrangements" in the 2011 Form 10K (filed Feb. 29, 2012), under which VPPs were identified as giving "rise to off-balance sheet obligations." *See* http://www.sec.gov/Archives/edgar/data/895126/000119312512089591/d270087d10k.htm. As discussed *supra* at 12, "in August 2012, Chesapeake's Forms 10Q began disclosing VPP-specific production expenses." *See* http://www.sec.gov/Archives/edgar/data/895126/000119312512347824/d365885d10q.htm.

<u>Second</u>, the operative complaint correctly alleges that in the first quarter of 2012, "Chesapeake's capital expenditures exceeded $2.48 billion, or 32 percent higher than expectations." A-56 ¶98. This allegation was incorrectly or imprecisely referred to in the Opening Brief at pages 20, 33 and the Reply Brief at pages 2, 21.

<u>Third</u>, footnote 22 at page 28 of the Reply Brief includes citations to SAS 118 and to SAS 37. To avoid any potential for confusion, these are citations to the American Institute Of Certified Public Accountants ("AICPA") Statement of Auditing Standards ("SAS"). More precisely, the citations are to SAS 118 ¶15 (not ¶5) and SAS 37 ¶1.

Dated this 14th day of November, 2013.

        *s/ Sean Connelly*
Sean Connelly
sconnelly@rplaw.com
Reilly Pozner LLP
1900 16th Street, Suite 1700
Denver, CO 80202
(303) 893-6100

Joseph A. Fonti
jfonti@labaton.com
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
(212) 907-0700

*Attorneys for Plaintiffs-Appellants*

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send an electronic notification to the following:

Spencer Smith
McAfee & Taft
211 North Robinson, Suite 1000
Two Leadership Square, 10th Floor
Oklahoma City, OK 73102
Spencer.smith@mcafeetaft.com

Robert P. Varian
M. Todd Scott
Alexander K. Talarides
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Rvarian@orrick.com
tscott@orrick.com
atalarides@orrick.com

                                                    *s/ Sean Connelly*
                                                    Sean Connelly