**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**November 18, 2013**

**Elisabeth A. Shumaker**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

---

DVORA WEINSTEIN; STEVEN WEINSTEIN, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

AUBREY K. MCCLENDON; CHESAPEAKE ENERGY CORPORATION; DOMENIC J. DELL'OSSO; MARCUS ROWLAND; MICHAEL A. JOHNSON; JEFFREY L. MOBLEY; HENRY J. HOOD,

    Defendants - Appellees.

---

ONTARIO TEACHERS' PENSION PLAN BOARD,

    Movant - Appellant,

and

IBI AMBAN INVESTMENT MANAGEMENT, LTD; CLAL PENSION & PROVIDENT FUND, LTD; ARKANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM; STATE UNIVERSITIES RETIREMENT SYSTEM OF ILLINOIS; STATE OF OREGON, by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board on behalf of the Oregon Public Employee Retirement Fund; SHI YAN,

    Movants.

No. 13-6121

---

**ORDER**

_____

Before **HARTZ**, **MCKAY**, and **MATHESON**, Circuit Judges.

_____

This matter was argued by counsel and submitted to the court. Joseph Fonti argued for the Appellant. Robert Varian argued for the Appellees.

    Entered for the Court

    ELISABETH A. SHUMAKER
    Clerk of the Court